No. 763, Misc. STERLING *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 666, Misc. CORNELIO *v.* METROPOLITAN DISTRICT COUNCIL ET AL. C. A. 3d Cir. Certiorari denied. *Joseph N. Bongiovanni, Jr.,* for petitioner. *M. H. Goldstein* for respondents. 

No. 1027. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Newton B. Schwartz* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

MR. JUSTICE DOUGLAS, dissenting.

I would grant this petition on the fourth question. It concerns the apparent practice of Internal Revenue agents in examining taxpayers and using the evidence obtained in criminal prosecutions when the taxpayers are given no warning as to their rights, including the right to have an attorney present. This is not an in-custody case, but it is a coercive examination of a taxpayer at a critical preliminary hearing, so to speak, and the question presented apparently is a recurring one.

No. 933, Misc. BROOKS *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *William VanDercreek* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, and *R. L. Lattimore, Howard M. Fender, Robert E. Owen* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.